# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Dr. Jayaram Bharadwaj, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF RECUSAL** |
| | ) | |
| vs. | ) | |
| Mid Dakota Clinic, P.C., et. al. | ) | Case No. 1:16-cr-262 |
| | ) | |
| Defendants. | ) | |

The undersigned recuses himself as the referred magistrate judge in this case.

**IT IS SO ORDERED.**

Dated this 21st day of July, 2016.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court