Local AO 450 (rev. 5/10)

# United States District Court
*District of North Dakota*

Dr. Jayaram Bharadwaj,

    Plaintiff,

v.

Mid Dakota Clinic, P.C., Dr. Robert Tanous, Dr. Shelly Seifert, Dr. Vijay Rao, Marvin Lein, Dr. Steve Hamar, and Board of Directors, Mid Dakota Clinic, P.C.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.   1:16-cv-262

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Court's Order dated June 13, 2018, the Defendants' Motion for Summary Judgment is GRANTED.

Date: June 13, 2018

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Carla Schultz, Deputy Clerk*