# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

_____

**Dr. Jayaram Bharadwaj,**

        Plaintiff,

  v.

**Mid Dakota Clinic, P.C., Dr. Robert Tanous, Dr. Shelly Seifert, Dr. Vijay Rao, Marvin Lein, Dr. Steve Hamar, and Board of Directors, Mid Dakota Clinic, P.C.**

        Defendants.

        Case No. 16-CV-262-DLH-ARS

        **NOTICE OF APPEAL**

_____

Notice is hereby given that Dr. Jayaram Bharadwaj, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final Judgment entered in this action on June 13, 2018 (Doc. No. 137), the amended final Judgment entered in this action on June 29, 2018 (Doc. No. 140), the Order entered in this action on June 13, 2018 granting Defendants' Motion for Summary Judgment (Doc. No 136) and the Order entered in this action on June 29, 2018 as to costs (Doc. No. 139).

Dated: July 3, 2018

**MADIA LAW LLC**

s/J. Ashwin Madia_____
J. Ashwin Madia, MN No. 0321187
323 Washington Avenue North, Suite 200
Minneapolis, MN 55401
Telephone: 612.349.2743
Fax: 612.235.3357
Email: jamadia@madialaw.com
**ATTORNEY FOR PLAINTIFF**