# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 18-2467
_____

Dr. Jayaram Bharadwaj

Plaintiff - Appellant

v.

Mid Dakota Clinic; Dr. Robert Tanous; Dr. Shelly Seifert; Dr. Vijay Rao; Dr. Marvin Lein; Dr. Steven K. Hamar; Board of Directors, Mid Dakota Clinic, P.C.

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of North Dakota - Bismarck
(1:16-cv-00262-DLH)
_____

**JUDGMENT**

Before LOKEN, SHEPHERD and STRAS, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

April 03, 2020

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans